

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00124-CR

**JEFFREY TODD BLACKBURN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law
Walker County, Texas
Trial Court No. 13-0194**

## O R D E R

This appeal is reinstated. The reporter's record is due to be filed in this Court within **30 days** from the date of this order. Appellant's brief is due within **30 days** from the date the reporter's record is filed.


PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal reinstated
Order issued and filed October 30, 2014

